UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian C. Nicholas Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
bnicholas@kmllawgroup.com
Attorneys for Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc.

In Re:
David Rosado
Karen A. Rosado

Debtor(s).

Case No: 21-18416 KCF

Chapter: 7

Judge: KATHRYN C. FERGUSON

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 06/13/2023

/s/ *Denise Carlon*
Denise Carlon
13 Jun 2023, 14:52:44, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: bc9cdb36a2af90ea12dd003ec3053705264fa68fe7238a668f5fed7cd1c9220a