UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

David Rosado and
Karen A. Rosado,

Case No.: _____21-18416_____

Chapter: _____7_____

Judge: _____KCF_____

### NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____August 1, 2023_____ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 53 Wood Ridge Avenue<br>Toms River, NJ<br>Value - $369,200.00 |
|---|---|

| Liens on property: | Rocket Loans<br>$389,000.00 |
|---|---|

| Amount of equity claimed as exempt:  $0.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:    Nancy Isaacson, Chapter 7 Trustee

Address:    75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701

Telephone No.: (973)535-1600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18416-KCF |
| David Rosado | Chapter 7 |
| Karen A Rosado | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Jun 27, 2023 | Form ID: pdf905 | Total Noticed: 115 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Rosado, Karen A Rosado, 53 Wood Ridge Avenue, Toms River, NJ 08755-5141 |
| cr | + | United Teletech Federal Credit Union, attn: Michael R. DuPont, Esq., 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 519346316 | + | Allied Digestive Health, 60 Highway 36, West Long Branch, NJ 07764-1463 |
| 519346317 | + | Apogee Medical Group, NJ, PO Box 708640, Sandy, UT 84070-8627 |
| 519346319 | + | Atlantic FCU New Jersey, PO Box 618, 1700 Galloping Hill Road, Kenilworth, NJ 07033-1303 |
| 519628104 | + | Atlantic Federal Credit Union, Attn: Collections Supervisor, P.O. Box 618, Kenilworth, N.J. 07033-0618 |
| 519346329 | + | Coastal Imaging, LLC, PO Box 6750, Portsmouth, NH 03802-6750 |
| 519346330 | + | Columbia Doctors, PO Box 29211, New York, NY 10087-9211 |
| 519346338 | + | Faloni Law Group, LLC, 425 Eagle Rock Avenue, Roseland, NJ 07068-1717 |
| 519346339 | + | First Atlantic Federal Credit Union, PO Box 25, West Long Branch, NJ 07764-0025 |
| 519346346 | + | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519346347 | + | Hackensack University Medical Center, PO Box 33720, Detroit, MI 48232-3720 |
| 519346350 | + | ID Care, 105 Raider Boulevard, Hillsborough, NJ 08844-1528 |
| 519346351 | + | Jersey Coast Nephrology & Hypertension, PO Box 3146, Point Pleasant Beach, NJ 08742-6146 |
| 519346352 | + | Jersey Shore University Medical Center, PO Box 5055, White Plains, NY 10602-5055 |
| 519346354 | + | Kia Motors Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519346357 | + | Legacy Visa, PO Box5097, Sioux Falls, SD 57117-5097 |
| 519346360 | + | Massey DMS, PO Box 8959, Madison, WI 53708-8959 |
| 519346363 | + | Meridian Laboratory Physicians, PO Box 60280, Charleston, SC 29419-0280 |
| 519346364 | + | Meridian Medical Group, PO Box 416793, Boston, MA 02241-6793 |
| 519346365 | | Merrick Bank, PO Box 9201, Oklahoma City, NY 11801 |
| 519346366 | + | Michael Harrison Esquire, 3155 Route 10 East, Denville, NJ 07834-3492 |
| 519346370 | + | NeoGenomics Laboratories, Inc., PO Box 865586, Orlando, FL 32886-5586 |
| 519346371 | + | OB Hospitalist Services of NJ, PO Box 6727, Greenville, SC 29606-6727 |
| 519346372 | + | Ocean Endosurgery Center, 129 Route 37W, Toms River, NJ 08755-6435 |
| 519346373 | + | Ocean Medical Center, PO Box 34019, Newark, NJ 07189-0001 |
| 519346383 | + | RWJ Health Network, PO Box 21988, New York, NY 10087-0001 |
| 519346380 | + | Regional Cancer Care Associates, 221 Laurel Road, Voorhees, NJ 08043-2330 |
| 519346382 | + | Rutgers Health, PO Box 829650, Philadelphia, PA 19182-9650 |
| 519346397 | + | United Teletech Financial, 3636 NJ Route 33, Neptune, NJ 07753-3111 |
| 519585460 | + | United Teletech Financial Federal Credit Union, c/o McKenna DuPont Stone & Washburne, PC, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519443265 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2023 21:12:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, |

District/off: 0312-3 | User: admin | Page 2 of 6
Date Rcvd: Jun 27, 2023 | Form ID: pdf905 | Total Noticed: 115

| | | | |
|---|---|---|---|
| | | | P O Box 183853, Arlington, TX 76096-3853 |
| 519346318 | + Email/Text: bnc-capio@quantum3group.com | Jun 27 2023 21:12:00 | Assetcare, 2222 Texoma Parkway, Sherman, TX 75090-2484 |
| 519346321 | Email/Text: BNBSB@capitalsvcs.com | Jun 27 2023 21:12:00 | Bryant State Bank, PO Box 2519, Omaha, NE 68103 |
| 519346384 | Email/Text: BNBSB@capitalsvcs.com | Jun 27 2023 21:12:00 | Show Mastercard, PO Box 5161, Sioux Falls, SD 57117 |
| 519346320 | + Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2023 21:12:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 519346326 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 21:21:41 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519570113 | + Email/Text: documentfiling@lciinc.com | Jun 27 2023 21:11:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519346322 | + Email/Text: bnc-capio@quantum3group.com | Jun 27 2023 21:12:00 | Capio Partners, 2222 Texoma Parkway, Sherman, TX 75090-2481 |
| 519346323 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2023 21:10:16 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519346324 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2023 21:10:19 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519584065 | + Email/PDF: ebn_ais@aisinfo.com | Jun 27 2023 21:21:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519584066 | + Email/PDF: ebn_ais@aisinfo.com | Jun 27 2023 21:21:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519346325 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2023 21:09:41 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519346327 | + Email/Text: docs@chaserec.com | Jun 27 2023 21:13:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 519346328 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 21:21:34 | Citi Cards, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 519569834 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 21:11:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519346331 | + Email/Text: documentfiling@lciinc.com | Jun 27 2023 21:11:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519346332 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2023 21:12:00 | Comenity - Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 519346333 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2023 21:12:00 | Comenity Bank - Lane Bryant, PO Box 182272, Columbus, OH 43218-2272 |
| 519346334 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2023 21:12:00 | Comenity Bank - Wayfair Card, PO Box 182272, Columbus, OH 43218-2272 |
| 519346335 | + Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 27 2023 21:11:00 | Credit Corp Solutions Inc., 180 Election Road, Draper, UT 84020-6402 |
| 519346336 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2023 21:09:45 | Credit One Bank, PO Box 80015, Los Angeles, CA 90080-0015 |
| 519346337 | Email/Text: mrdiscen@discover.com | Jun 27 2023 21:11:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 519570419 | Email/Text: mrdiscen@discover.com | Jun 27 2023 21:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519346340 | Email/Text: BNSFN@capitalsvcs.com | Jun 27 2023 21:11:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117 |
| 519346342 | Email/Text: BNSFS@capitalsvcs.com | Jun 27 2023 21:11:00 | First Savings Credit Card, 500 East 60th Street North, Sioux Falls, SD 57104 |

District/off: 0312-3                          User: admin                                    Page 3 of 6
Date Rcvd: Jun 27, 2023                       Form ID: pdf905                                Total Noticed: 115

| | | | |
|---|---|---|---|
| 519346343 | | Email/Text: BNBLAZE@capitalsvcs.com | |
| | | Jun 27 2023 21:12:00 | FSB Blaze, PO Box 5096, Sioux Falls, SD 57117 |
| 519346341 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Jun 27 2023 21:21:59 | First Premier, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519346345 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
| | | Jun 27 2023 21:12:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519582689 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jun 27 2023 21:13:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519346344 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jun 27 2023 21:13:00 | Ginnys, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519571882 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 27 2023 21:09:50 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519346348 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Jun 27 2023 21:11:00 | Home Depot, PO Box 105555, Atlanta, GA 30348-5555 |
| 519346349 | + | Email/Text: Bankruptcy@ICSystem.com | |
| | | Jun 27 2023 21:12:00 | IC Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 519664092 | + | Email/Text: gbechakas@outlook.com | |
| | | Jun 27 2023 21:12:00 | Intercoastal Financial, LLC as agent, 7954 Transit Rd. #144CU, Williamsville, NY 14221-4117 |
| 519346353 | + | Email/Text: abachman@rmbcollect.com | |
| | | Jun 27 2023 21:13:00 | JFK Medical Center, 80 James Street, Edison, NJ 08820-3938 |
| 519346354 | ^ | MEBN | |
| | | Jun 27 2023 21:02:40 | Kia Motors Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519346355 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Jun 27 2023 21:11:00 | Kohl/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519346356 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Jun 27 2023 21:11:00 | Kohls, PO Box 1456, Charlotte, NC 28201-1456 |
| 519346359 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 27 2023 21:22:02 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 519346358 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 27 2023 21:09:50 | LVNV Funding, PO Box 10584, Greenville, SC 29603-0584 |
| 519581363 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 27 2023 21:10:25 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519571878 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 27 2023 21:21:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519568829 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 27 2023 21:10:27 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519571883 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Jun 27 2023 21:21:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519346369 | ^ | MEBN | |
| | | Jun 27 2023 21:04:00 | MRS, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519582695 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jun 27 2023 21:11:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519346361 | + | Email/Text: bankruptcy@mermed.com | |
| | | Jun 27 2023 21:12:00 | Merchants and Medical, 6324 Taylor Drive, Flint, MI 48507-4685 |
| 519346362 | + | Email/Text: Mercury@ebn.phinsolutions.com | |
| | | Jun 27 2023 21:11:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 519346367 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 27 2023 21:12:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 519582694 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Jun 27 2023 21:13:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

District/off: 0312-3                              User: admin                                         Page 4 of 6

Date Rcvd: Jun 27, 2023                         Form ID: pdf905                              Total Noticed: 115

| 519346368 | + Email/Text: bankruptcy@sccompanies.com | | |
| | Jun 27 2023 21:13:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519582693 | + Email/Text: bankruptcy@sccompanies.com | | |
| | Jun 27 2023 21:13:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519346374 | + Email/Text: bankruptcy@onlineis.com | | |
| | Jun 27 2023 21:12:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 519346375 | Email/Text: bankruptcies@penncredit.com | | |
| | Jun 27 2023 21:12:00 | Penn Credit Corporation, PO Box 988, Harrisburg, PA 17108 |
| 519346376 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Jun 27 2023 21:21:41 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519666072 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Jun 27 2023 21:21:43 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519666074 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Jun 27 2023 21:11:10 | Portfolio Recovery Associates, LLC, c/o Avenue, POB 41067, Norfolk VA 23541 |
| 519666071 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Jun 27 2023 21:21:43 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519666073 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Jun 27 2023 21:21:46 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 519666031 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | Jun 27 2023 21:33:09 | Portfolio Recovery Associates, LLC, c/o Wawa, POB 41067, Norfolk VA 23541 |
| 519346377 | Email/Text: signed.order@pfwattorneys.com | | |
| | Jun 27 2023 21:11:00 | Pressler Felt Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519346379 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:22:07 | QVC, PO Box 960097, Orlando, FL 32896-0097 |
| 519346378 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:21:59 | Qcard, PO Box 530905, Atlanta, GA 30353-0905 |
| 519574426 | Email/Text: bnc-quantum@quantum3group.com | | |
| | Jun 27 2023 21:12:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519573958 | Email/Text: bnc-quantum@quantum3group.com | | |
| | Jun 27 2023 21:12:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519346381 | + Email/Text: OpsEscalations@RocketLoans.com | | |
| | Jun 27 2023 21:12:00 | Rocket Loans, 1274 Library Street, Detroit, MI 48226-2256 |
| 519346385 | + Email/Text: clientservices@simonsagency.com | | |
| | Jun 27 2023 21:13:00 | Simon's Agency, Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 519346386 | + Email/Text: SOMCbankruptcy@hackensackmeridian.org | | |
| | Jun 27 2023 21:13:00 | Southern Ocean Medical Center, 1140 Route 72, Manahawkin, NJ 08050-2412 |
| 519346387 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:21:49 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519346388 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:10:22 | Syncb/Ashley Furniture, PO Box 965036, Orlando, FL 32896-5036 |
| 519346389 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:10:14 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 519347338 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:10:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519346390 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:33:20 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519346391 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:33:06 | Synchrony Bank/PPC, PO box 530975, Orlando, FL 32896-0001 |
| 519346392 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | Jun 27 2023 21:21:56 | Synchrony Bank/TJX, PO Box 965015, Orlando, FL 32896-5015 |

| 519346393 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Jun 27 2023 21:11:00 | TBOM/Fortiva Home Improver, PO Box 10555, Atlanta, GA 30310-0555 |
| 519346394 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 27 2023 21:21:39 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519346395 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Jun 27 2023 21:13:00 | The Bank of Missouri/Milstne, PO Box 4499, Beaverton, OR 97076-4499 |
| 519346396 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Jun 27 2023 21:13:00 | Transworld Systems, Inc., PO Box 15273, Wilmington, DE 19850-5273 |
| 519346398 | + Email/Text: bankruptcyreports@wakeassoc.com | | |
| | | Jun 27 2023 21:13:00 | Wakefield & Associates, Inc., PO Box 58, Fort Morgan, CO 80701-0058 |
| 519346399 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 27 2023 21:10:23 | Wal*Mart, PO Box 981064, El Paso, TX 79998-1064 |
| 519346400 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 27 2023 21:11:14 | Wawa/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 85

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519583553 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian S. Thomas | on behalf of Debtor David Rosado brian@brianthomaslaw.com |
| Brian S. Thomas | on behalf of Joint Debtor Karen A Rosado brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com  isaacson@remote7solutions.com;J101@ecfcbis.com |
| U.S. Trustee | |

District/off: 0312-3                                    User: admin                                              Page 6 of 6
Date Rcvd: Jun 27, 2023                          Form ID: pdf905                              Total Noticed: 115

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6