Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  21−18416−KCF
    Chapter:  7
    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David Rosado | Karen A Rosado |
| 53 Wood Ridge Avenue | 53 Wood Ridge Avenue |
| Toms River, NJ 08755 | Toms River, NJ 08755 |

Social Security No.:
  xxx−xx−0794                                                               xxx−xx−2716

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I <u>Wanda Rogers</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

53 Wood Ridge Avenue, Toms River, NJ

Dated: July 26, 2023
JAN: wdr

                                                               Jeanne Naughton
                                                                Clerk