Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 21–18416–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| David Rosado | Karen A Rosado |
| 53 Wood Ridge Avenue | 53 Wood Ridge Avenue |
| Toms River, NJ 08755 | Toms River, NJ 08755 |

Social Security No.:
xxx–xx–0794                                            xxx–xx–2716

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nancy Isaacson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 29, 2023</u>                <u>Michael B. Kaplan</u>
                                             Judge, United States Bankruptcy Court